# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| SureTec Insurance Company | )    ASBCA Nos. 59343, 59647 |
| | ) |
| Under Contract No. W9126G-10-C-0079 | ) |

APPEARANCE FOR THE APPELLANT:     Christopher R. Ward, Esq.
         Strasburger & Price, LLP
         Dallas, TX

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
         Engineer Chief Trial Attorney
         Robert Niles Hooper, Esq.
         Assistant District Counsel
         U.S. Army Engineer District, Fort Worth

## OPINION BY ADMINISTRATIVE JUDGE FREEMAN

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $143,864.08. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 17 September 2014 until date of payment.

Dated: 2 January 2015

MONROE E. FREEMAN, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59343, 59647, Appeals of SureTec Insurance Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals